

and upon consideration of the parties' letter briefs submitted in response to this Court's May 8, 2013 order, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is GRANTED and the matter is REMANDED to the BIA to reopen the case and apply former INA section 321(a) in a manner consistent with our opinion of December 6, 2010 and the district court's factual findings.*

**Ramon Antonio DUARTE–CERI, Petitioner,**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Respondent.**

No. 08–6128.

United States Court of Appeals, Second Circuit.

Feb. 14, 2014.

Amy Meselson, New York, NY, for Petitioner.

Yamileth G. Davila Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

PRESENT: PETER W. HALL, DEBRA ANN LIVINGSTON and DENNY CHIN, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION of this petition for review of a decision of the Board of Immigration Appeals ("BIA"),

would deny the petition for review.

---

* For the reasons stated in her dissenting opinion of December 6, 2010, Judge Livingston